# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 20, 2023

## NO. 03-21-00540-CV

**John Roberts Austin I, LP d/b/a Lexus of Austin and d/b/a Lexus of Lakeway; Vicki Roberts; Abby Elizabeth Argo; Randy Phillip Hoff; Steven Derrick Walker; Michael Lee Cobb; and Edward Cooke, Appellants**

**v.**

**Vijay Netaji; BaliJepalli Netaji, M.D.; and Prabha Murthy, Appellees**

## APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES BAKER, TRIANA AND THEOFANIS
## AFFIRMED -- OPINION BY JUSTICE TRIANA

This consolidated appeal is from the judgments signed by the trial court on February 3, 2021, and September 28, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgments. Therefore, the Court affirms the trial court's judgments. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.